# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFF R. LUBIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2917

[March 19, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie Farris Tew, Judge; L.T. Case No. 502024CT010064AXXXSB.

Daniel Eisinger, Public Defender, and Ethan R. Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***